IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR206 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESUS MANUEL GUTIERREZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

RE: MATERIAL WITNESS LINDSEY ANNE ROSAS

   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT IS ORDERED:**

   Kimberly E. Novak is appointed to represent the above named witness in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Kimberly E. Novak.

   DATED this 24th day of June, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge