## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:04CR206 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **JESUS MANUEL GUTIERREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's notice of appeal (Filing No. 381) and the Clerk's memorandum requesting a ruling with respect to excusable neglect for the untimely filing of the notice (Filing No. 382).

The Defendant's plea agreement includes a waiver of his right to appeal. (Filing No. 299.) The change-of-plea colloquy shows that the waiver was knowing and voluntary. (Filing No. 336, TR, at 9, 27-28.) Therefore, the notice of appeal shall be stricken and the matter of excusable neglect is moot.

IT IS ORDERED:

1. The Clerk is directed to strike Defendant's notice of appeal (Filing No. 381); and

2. Any request to allow the untimely filing of the notice of appeal based on excusable neglect is denied as moot.

DATED this 13th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge