# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 8:04CR206 |
| **Plaintiff,** | |
| vs. | ORDER |
| **JESUS MANUEL GUTIERREZ,** | |
| **Defendant.** | |

This matter is before the Court on the motion for the consideration of former defense counsel's CJA voucher filed by former CJA defense counsel, Julia Frank (Filing No. 385).

Ms. Frank asks that the Court consider her CJA voucher now, as the last appointed defense counsel, James Kozel, has not yet submitted his voucher. The motion to consider Ms. Frank's voucher prior to the receipt of Mr. Kozel's voucher will be denied. Mr. Kozel, however, will receive a copy of this order and is encouraged to submit his CJA voucher as soon as possible.

IT IS ORDERED:

1. The motion for the consideration of former defense counsel's CJA voucher filed by former CJA defense counsel, Julia Frank (Filing No. 385), is denied;

2. The Clerk will send a copy of this order to James R. Kozel; and

3. Mr. Kozel is encouraged to submit his CJA voucher as soon as possible.

DATED this 7th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge