## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:04CR206** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JESUS MANUEL GUTIERREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of the Court's previous memorandum and order summarily denying his motion to vacate his sentence filed pursuant to 28 U.S.C. § 2255 (Filing No. 394).

IT IS ORDERED:

1.     The Defendant's motion for reconsideration (Filing No. 394) is denied; and

3.     The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 9th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge